

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 01-31204

D.C. Docket No. 98-CV-3359-K

**U.S. COURT OF APPEALS**
**FILED**
JAN 0 7 2003

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JAN 29 2003
LORETTA G. WHYTE
CLERK

ASTORIA ENTERTAINMENT INC

    Plaintiff - Appellee

v.

EDWIN W EDWARDS; ET AL

    Defendants

EDWARD J DEBARTOLO, JR; ROBERT GUIDRY; BOYD KENNER INC; LOUISIANA GAMING ENTERPRISES INC; BOYD LOUISIANA LLC; CROWN GROUP INC; BOOMTOWN INC; BOYD GAMING INC

    Defendants - Appellants

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans.

Before DAVIS, BENAVIDES, and DENNIS, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that defendants-appellants pay to plaintiff-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: JAN 29 2003

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana     JAN 29 2003

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
JAN 0 7 2003
CHARLES R. FULBRUGE III
CLERK

No. 01-31204

ASTORIA ENTERTAINMENT, INC.,

                    Plaintiff-Appellee,

v.

EDWIN W. EDWARDS, ET AL.,

                    Defendants,

EDWARD J. DEBARTOLO, JR.; ROBERT GUIDRY;
BOYD KENNER, INC.; LOUISIANA GAMING
ENTERPRISES, INC; BOYD LOUISIANA LLC;
CROWN GROUP, INC.; BOOMTOWN, INC.;
BOYD GAMING, INC.

                    Defendants-Appellants.

---

Appeal from the United States District Court
for the Eastern District of Louisiana, New Orleans
98-CV-3359-K

---

Before DAVIS, BENAVIDES and DENNIS, Circuit Judges.

PER CURIAM:*

Appellants appeal from the determination of the district court that it would not exercise jurisdiction over state law claims after dismissing all of the federal claims. When a matter is still in the pleadings stages of litigation, the general rule

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

is to dismiss pendant state claims if all the federal claims are dismissed. *See McClelland v. Gronwaldt*, 155 F.3d 507, 519 (5th Cir. 1998)(citing *Wong v. Stripling*, 881 F.2d 200, 204 (5th Cir. 1989)); *cf. Batiste v. Island Records Inc.*, 179 F.3d 217, 227-28 (5th Cir. 1999) (holding that the district court did abuse its discretion by dismissing pendant state law claims when the case had moved beyond the pleadings, substantial discovery had taken place, and trial was one month away). Here, it is undisputed that no discovery has taken place in this matter and the litigation is still in the pleadings stage. Given these circumstances, we find that the district court did not abuse its discretion. Accordingly, the determination of the district court is AFFIRMED.

# *United States Court of Appeals*

## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

January 29, 2003



RECEIVED
JAN 29 2003
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
DEPUTY CLERK

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Camp Street
New Orleans, LA 70130

      No. 01-31204 Astoria Entrtnmt v. Edwards
      USDC No. 98-CV-3359-K

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

The following is returned:

( 8 ) Volumes

                              Sincerely,

                              CHARLES R. FULBRUGE III, Clerk

                        By:
                            Timothy D. Beckstrom, Deputy Clerk
                            504-310-7653

cc: (letter only)
    Honorable Stanwood R Duval Jr
    Mr Henry L Klein
    Mr Aubrey B Harwell Jr
    Mr James Galloway Thomas
    Mr Frederick W Bradley
    Mr C Lawrence Orlansky
    Mr Ricardo A Aguilar
    Mr Paul Slocomb West
    Mr Ralph Allen Capitelli
    Mr Lanny R Zatzkis
    Mr Arthur A Lemann III
    Mr Joseph N Mole

Mr George Emery Cain

MDT-1